UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ANTHONY J. DECARLIS,

Plaintiff,

-v-

ARAMARK SERVICES, INC., et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-05490 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of Plaintiff's November 16, 2026 Letter. ECF No. 12. Plaintiff has requested that the Court direct the U.S. Marshals Service ("USMS") to effect service and promptly file the return of service promptly or alternatively, extend the time for service under Rule 4(m) for good cause. *Id.*

On August 25, 2026, the Court issued an Order of Service. ECF No. 7. Subsequently, summonses as to all Defendants were issued and the service package was delivered to the USMS on September 8, 2026. As stated in the August 25, 2026 Order of Service, the Court extended the time to serve until 90 days after the date summonses were issued. ECF No. 7. As such the deadline to effectuate service is December 7, 2026. Thus, Plaintiff's request is premature at this time, and is denied as moot.

SO ORDERED.

Dated: November 20, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge